

Opinions of the United
States Court of Appeals
for the Third Circuit

8-24-2004

# Shardar v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2110

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Shardar v. Atty Gen USA" (2004). *2004 Decisions.* Paper 388.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/388

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 4, 2004

Docket No. 03-2110

MOHAMMAD ARIF SHARDAR, Petitioner

v.

JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES, Respondent
(Agency No. A72-779-408)

Present:   NYGAARD, MCKEE AND CHERTOFF, Circuit Judges

Respondent's Motion for Publication of the Court's Order and Judgment

**Response Due 8/16/04.**

Carmen Hernandez, Case Manager
(267) 299-4952

**O R D E R**

**The foregoing** motion is GRANTED.

**By the Court,**

/s/Michael Chertoff, Circuit Judge

**Dated:**   August 24, 2004
CMH/cc: SAT, MRT, LSW